# UNITED STATES DISTRICT COURT

for the

~~Central~~ District of California

Northern

| | |
|---|---|
| AXEL BRAUN, | ) |
| | ) YGR |
| *Plaintiff,* | ) **Civil Action No. C-12-4105 ~~YRG~~ (JSC)** |
| | ) |
| vs. | ) |
| | ) |
| BENNY YU, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## SUMMONS ON FIRST AMENDED COMPLAINT IN A CIVIL ACTION

To: (*Defendant's name and address*)   BENNY YU

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

|  |  |
|---|---|
| D. Gill Sperlein | (p) 415-404-6615 |
| 345 Grove Street | (f) 415-404-6616 |
| San Francisco, CA  94102 | (e-mail) gill@sperleinlaw.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JESSIE MOSLEY

MAY - 7 2013

Date: _____     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  C-12-3690 YG (JSC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: